FILED

05/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0289

_____

ANNETTE M. TRUJILLO,

       Petitioner,

    v.

MONTANA 20th JUDICIAL DISTRICT COURT,
LAKE COUNTY, HON. MOLLY OWEN,
PRESIDING,

       Respondent.

O R D E R

_____

Petitioner Annette Trujillo seeks a writ of supervisory control to reverse the April 8, 2024 Amended Order of the Twentieth Judicial District Court in Lake County Cause No. DV 19-36. The order granted Trujillo's motion to compel discovery in limited part and otherwise denied it.

Following a 2017 vehicle collision in which Trujillo suffered serious injuries after being ejected from the driver's seat, she sued Toyota Motor Sales, USA (TMS), the seller and U.S. distributor of the vehicle she was driving, alleging that the design of the seat and occupant protection system were dangerously defective and caused injuries that a safer alternative design would have prevented. The vehicle was designed and manufactured in Japan by Toyota Motor Corporation ("TMC"). The Amended Order directed TMS to produce personal injury lawsuits and claims known to TMS, alleging that the driver of a 1998-2003MY U.S. bound Toyota Sienna was injured in a crash involving a rear impact to the Sienna due to alleged defects in the Sienna's driver's seat or seat belt. It further directed TMS to produce personal injury lawsuits and claims known to TMS, alleging that the driver of any other 1998-2003MY U.S. bound Toyota vehicle that used the same or substantially similar driver's seat assembly or driver's seatbelt assembly as the 2001MY Sienna in this case, was injured in a crash involving a rear impact to the vehicle due to alleged defects in

such vehicle's driver's seat or seat belt. The court otherwise denied Trujillo's Motion to Compel. The Amended Order further determined that TMS does not have a legal right of control over TMC's documents. The Court that counsel for TMS had requested certain engineering documents applicable to the defect allegations in this case from TMC, which will be produced to Trujillo when received.

Trujillo asserts that the limitations in the District Court's order constitute clear error because information about other incidents is "the single most important category of information in a defective product case – particularly in defective design litigation." She claims that a writ of supervisory control is appropriate to remedy the gross injustice wrought by the District Court's order and to prevent extended and needless litigation.

Upon review of the petition and attachments, the Court deems it appropriate to invite a response.

IT IS THERFORE ORDERED that the Respondent District Court, the Defendant Toyota Motor Sales, USA, or either of them shall have thirty (30) days from the date of this Order within which to file a summary response to the Petition in accordance with M. R. App. P. 14(7)(a).

The Clerk is directed to provide notice of this Order to all counsel of record in Lake County District Court Cause No. DV-19-36, and to the Hon. Molly Owen, presiding District Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 9 2024